IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **RICKYE HENDERSON,** § | |
| *Plaintiff,* § | |
| § | 1:25-CV-00450-ADA |
| *v.* § | |
| § | |
| **ALI ARABZADEGAN** § | |
| *Defendant*. § | |
| § | |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Dustin M. Howell regarding Plaintiff Rickye Henderson's application to proceed in forma pauperis. ECF No. 5. The report and recommendation was filed on April 3, 2025. Judge Howell granted Henderson's application to proceed in forma pauperis. The report further recommended that the District Court **DISMISS WITH PREJUDICE** Henderson's lawsuit as frivolous under 28 U.S.C. § 1915(e)(2) and **DISMISS AS MOOT** Henderson's remaining pending motions. This Court hereby adopts Judge Howell's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiff filed objections on April 8, 2025. ECF No. 7. Plaintiff also filed a supplement to his objections on April 9, 2025. ECF No. 8. The Court has conducted a *de novo* review of the

Report and Recommendation, the objections to the report and recommendation, and the applicable laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendation should be adopted.

**IT IS ORDERED** that the Report and Recommendation of United States Magistrate Judge Howell (ECF No. 5) is **ADOPTED**.

**THEREFORE,** it is ordered that this cause be **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that all of Henderson's remaining pending motions are hereby **DENIED AS MOOT.**

**SIGNED** this 19th day of August, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE